

# IN THE
# TENTH COURT OF APPEALS

### No. 10-11-00024-CV

**JUAN ANTHONY WHITE,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

**From the 220th District Court
Bosque County, Texas
Trial Court No. 06-11-14061-BCCR**

## MEMORANDUM  OPINION

The brief in this appeal was originally due to be filed by April 25, 2011.  This Court granted Juan Anthony White's motion for extension of time to file his brief, and the brief was then due to be filed by June 24, 2011.  In a letter dated July 8, 2011, the Clerk of this Court notified White that pursuant to Rules 38.8(a)(1) and 42.3 of the Texas Rules of Appellate Procedure, the Court would dismiss the appeal for want of prosecution unless, within 21 days of the date of the letter, a brief was filed.  TEX. R. APP. P. 42.3(b).  The brief was due to be filed on July 29, 2011.  No brief has been filed.

Accordingly, the appeal is dismissed.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 31, 2011
Do not publish
[CV06]